JS6

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANA CASTRO,<br><br>    Plaintiff,<br><br>v.<br><br>ABM INDUSTRY GROUPS, LLC; and DOES 1 to 50, inclusive,<br><br>    Defendants. | Case No.: 5:22-cv-00705-RGK-E<br><br>*[Removed from Riverside Superior Court Case No. CVRI2200976]*<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT** |

The Parties to the action, by and through their counsel, have advised the Court that they have agreed to a settlement.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. ~~It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within ninety (90) days from the date below, that settlement has not in fact occurred, this~~

1  ~~order shall be vacated, and this cause shall be restored to the calendar for~~
2  ~~further proceedings.~~  The Court will retain jurisdiction over the matter to
3  enforce the settlement.
4      **IT IS SO ORDERED**.
5  DATED: __11/15/2022__

                                       */s/ Gary Klausner*
                                    Hon. R. Gary Klausner
                                    United Stated District Court Judge